UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                                   Case No. 11-20564

vs.                                                                              HON. MARK A. GOLDSMITH

ISAAC SHEPPARD,

      Defendant.
_____/

### SECOND ORDER DIRECTING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY OR TERMINATE SUPERVISED RELEASE (Dkt. 818)

On July 19, 2021, Defendant Isaac Sheppard filed a motion for modification or termination of supervised release (Dkt. 818). The Court ordered the Government to file a response by August 17, 2021 (Dkt. 820). No response was filed. The Government is directed to file a response to this motion no later than August 27, 2021.

SO ORDERED.

Dated: August 20, 2021                                       s/Mark A. Goldsmith
      Detroit, Michigan                                        MARK A. GOLDSMITH
                                                 United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2021.

                                                                          s/Karri Sandusky
                                                                          Case Manager